| | |
|---|---|
| 1 | CHRISTINA A. SCHREIBER, ESQ., SBN 182811 |
| 2 | A Member of WARTELLE, WEAVER & SCHREIBER, A Professional Corporation d.b.a. WEST BAY LAW |
| 3 | 582 Market Street, Suite 1800 San Francisco, CA 94104 |
| 4 | Telephone: (415) 693-0504 Facsimile: (415) 693-9102 |
| 5 | christinaschreiber@juno.com |
| 6 | Attorney for Plaintiff PHILIP D. EVANS |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHILIP D. EVANS, | ) | CASE NO. 2:07-CV-00391-RRB-EFB |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **ORDER PURSUANT TO STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT TO CORRECT PARTY NAME** |
| BENICIA HOUSING AUTHORITY, JULIE PETERSON and DOES 1-50, inclusive | ) ) ) | |
| Defendants. | ) ) ) ) | |

Pursuant to stipulation of all parties, affixed hereto as Attachment A:

IT IS HEREBY ORDERED that Plaintiff is granted leave to file a Second Amended Complaint to correct the name of Defendant BENICIA HOUSING AUTHORITY to HOUSING AUTHORITY OF THE CITY OF BENICIA. A copy of the proposed pleading that is approved for filing is affixed hereto as Attachment B.

IT IS FURTHER ORDERED pursuant to stipulation that suit against the HOUSING AUTHORITY OF THE CITY OF BENICIA is deemed to have been filed and served at the same time as filing and service of the original Complaint in State Court as to BENICIA HOUSING AUTHORITY.

///

Order Pursuant To Stipulation                      U.S. District Court E.D. Cal Case No. 2:07-CV-00391-RRB-EFB
- 1 -

| | | |
|---|---|---|
| 1 | DATED: June 25, 2007 | S/RRB |
| 2 | | HONORABLE RALPH R. BEISTLINE |
| 3 | | CHIEF DISTRICT JUDGE<br>UNITED STATES DISTRICT COURT, E.D. CAL |

APPROVED AS TO FORM:

DATED: June 15, 2007

Meyers, Nave, Riback, Silver & Wilson
Attorneys for Defendants BENICIA HOUSING
AUTHORITY and JULIE PETERSON

By: Terry Roemer
　　　TERRY ROEMER