KATHY E. MOUNT (SBN 104736)
kmount@meyersnave.com
TERRY ROEMER (SBN 151894)
troemer@meyersnave.com
JESSE J. LAD (SBN 229389)
jlad@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California  94607
Telephone:  (510) 808-2000
Facsimile:  (510) 444-1108

Attorneys for Defendants
Benicia Housing Authority and
Julie Peterson

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP D. EVANS,<br><br>　　　　Plaintiff,<br>　　v.<br><br>BENICIA HOUSING AUTHORITY, JULIE PETERSON,<br><br>　　　　Defendants. | Case No.: 2:07-cv-00391-RRB-EFB<br><br>STIPULATION AND ORDER RE DEFENDANTS' FILING OF RESPONSIVE PLEADING TO THE SECOND AMENDED COMPLAINT |

　　　　This Stipulation is made pursuant to Local Rules 83-143 and 6-144, with respect to the date of Defendants' filing of the responsive pleading to the Second Amended Complaint.

　　　　1.　　THE PARTIES HEREBY STIPULATE AND AGREE THAT the deadline for Defendants' service of the responsive pleading to the Second Amended Complaint shall be extended to ten days after the date of entry and electronic service of the Court's ruling on plaintiff's pending motion to amend the Complaint; however, in the event that this Court grants plaintiff's pending motion to amend the Complaint, plaintiff's Third Amended Complaint shall supercede the Second Amended Complaint obviating the need for Defendants to respond to the Second Amended Complaint, and Defendants' deadline for serving a responsive pleading to the Third Amended

1 Complaint shall be ten days after the date of service of the Third Amended Complaint,
2 in accordance with Federal Rule of Civil Procedure 12(a), unless a different date is
3 specified by order of the Court.
4     2.    THE PARTIES FURTHER STIPULATE AND AGREE THAT the Exhibits
5 to the Second Amended Complaint shall be deemed to have been filed and served on
6 the same date that the Second Amended Complaint was filed and served.
7
8     IT IS SO STIPULATED.
9 DATED:  July 26, 2007

               WARTELLE, WEAVER & SCHREIBER

               By:___/s/_____
                   CHRISTINA A. SCHREIBER
                   Attorney for Plaintiff Philip Evans

DATED:  July 26, 2007

             MEYERS, NAVE, RIBACK, SILVER & WILSON

             By:_____/s/_____
                 TERRY ROEMER
                 Attorneys for Defendants Benicia
                 Housing Authority and Julie Peterson

IT IS SO ORDERED.

DATED:  7/31/07

            By: /s/ Ralph R. Beistline_____
              HON. RALPH R. BEISTLINE
              CHIEF DISTRICT JUDGE
              UNITED STATES DISTRICT COURT

990733/1098.003