IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP D. EVANS,<br><br>          Plaintiff,<br><br>vs.<br><br>BENICIA HOUSING AUTHORITY,<br>JULIE PETERSON, and DOES 1-50,<br>inclusive,<br><br>          Defendants. | Case No. 2:07-cv-391-RRB<br><br>**ORDER REGARDING MOTIONS**<br>**AT DOCKETS 9 AND 21** |

I.   INTRODUCTION

Before the Court is Plaintiff Phillip D. Evans ("Plaintiff") with a Motion for Remand or Abstention or Alternatively for Leave to Amend Complaint or for Stay of Proceedings Pending Decision on Appeal in Related State Court Matter (Docket 9); and a Further Motion to Amend (Docket 21). The motions are opposed at Docket 24.[1]

---

[1] Inasmuch as the Court concludes the parties have submitted memoranda thoroughly discussing the law and evidence in support of their positions, it further concludes oral argument is neither necessary nor warranted with regard to the instant matter. See Mahon v. Credit Bureau of Placer County, Inc., 171 F.3d 1197,
(continued...)

**II. CONCLUSION**

Having thoroughly reviewed the relevant pleadings in this matter:

**IT IS HEREBY ORDERED THAT:**

1. The portion of Plaintiff's motion relating to remand, including attorney fees, is **DENIED** pursuant to 28 U.S.C. § 1447. The Court hereby retains jurisdiction of this action.

2. Plaintiff's motion for leave to amend the operative pleading to add tort causes of action is **DENIED**. Notwithstanding, Plaintiff's <u>unopposed</u> motion to amend the operative pleading to add two additional contract causes of action, pursuant to Fed. R. Civ. P. 15, is **GRANTED**. The following causes of action may be added to the operative pleading:

    a. Eighth Cause of Action (Breach of Contract - Express Agreement)(Count Two); and

    b. Ninth Cause of Action (Breach of Contract - Grievance Procedure).

3. Pursuant to Local Rule 15-220, Plaintiff is further given leave to remove exhibits that were attached to the First Amended Complaint, and is granted permission to file the Second Amended Complaint without said exhibits.

---

[1](...continued)
1200 (9th Cir.1999)(explaining that if the parties provided the district court with complete memoranda of the law and evidence in support of their positions, ordinarily oral argument would not be required).

4. The Second Amended Complaint that was attached to Plaintiff's Proposed Order at Docket 32 may be filed and served.

5. Plaintiff's request for stay of proceedings pending decision in the State Court of Appeal, relating to Plaintiff's petition under California Government Code § 946.6 for relief from claim filing requirements, is here hereby **GRANTED** to the following extent: No trial or final disposition on the merits of this action shall occur until the decision on appeal is issued or the matter is otherwise concluded.  If such decision is favorable to Plaintiff, he shall be given a reasonable time to amend his complaint to add tort causes of action, and any scheduling order and/or pre-trial order(s) may be modified as justice requires.[2]

ENTERED this 16th day of August, 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[2] Defendants agree "Plaintiff should not be permitted to amend his complaint to add tort claims based on his termination unless and until he prevails in his appeal of the superior court's denial of his petition for relief under Government Code § 946.6." Docket 24 at 15 (emphasis added).