KATHY E. MOUNT (SBN 104736)
kmount@meyersnave.com
TERRY ROEMER (SBN 151894)
troemer@meyersnave.com
JESSE J. LAD (SBN 229389)
jlad@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
Benicia Housing Authority and
Julie Peterson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP D. EVANS,<br><br>        Plaintiff,<br>  v.<br><br>HOUSING AUTHORITY OF THE CITY OF BENICIA, JULIE PETERSON,<br><br>        Defendants. | Case No.: 2:07-cv-00391-RRB-EFB<br><br>**STIPULATION AND ORDER TO EXTEND TIME** |

      Plaintiff Phil Evans and Defendants Benicia Housing Authority and Julie Peterson, by and through their counsel, hereby stipulate that good cause exists to extend the date for expert disclosures and supplemental expert disclosures, and to briefly extend the date for completion of non-expert discovery and expert discovery.

      Good cause exists for ordering such an extension in light of scheduling delays that have resulted because of planned vacations by Plaintiff, counsel for Plaintiff and counsel for Defendants. Furthermore, the parties have been involved in a separate legal action in the California Court of Appeals that potentially could have impacted the scope of Plaintiff's legal claims against Defendant. On March 10, 2008, the Court of Appeals issued its order denying Plaintiff's appeal in that matter.

---

Stipulation to Extend Time             1             USDC Case No. 2:07-cv-00391-RRB-EFB

PDF created with pdfFactory trial version www.pdffactory.com

The Parties therefore stipulate to the following dates for completion of expert disclosures, supplemental experts disclosures, non-expert discovery and expert discovery:

| | |
|---|---|
| Expert Disclosures: | June 27, 2008 |
| Supplemental Expert Disclosures: | July 11, 2008 |
| Non-Expert Discovery Deadline: | July 25, 2008 |
| Expert Discovery Deadline: | August 15, 2008 |

Dated:  April 10  , 2008            Meyers, Nave, Riback, Silver & Wilson

By:      /s/ Jesse J. Lad
   Jesse J. Lad
   Attorneys for Defendants
   BENICIA HOUSING AUTHORITY and
   JULIE PETERSON

Dated:  April  10  , 2008            Wartelle, Weaver & Schreiber

By:     /s/ Christina A. Schreiber
   Christina A. Schreiber
   Attorneys for Plaintiffs

**ORDER**

**IT IS SO ORDERED.**

Dated: April 10, 2008

/s/ Ralph R. Beistline
The Honorable Ralph R. Beistline

1080992.1