KATHY E. MOUNT (SBN 104736)
kmount@meyersnave.com
TERRY ROEMER (SBN 151894)
troemer@meyersnave.com
JESSE J. LAD (SBN 229389)
jlad@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California  94607
Telephone:  (510) 808-2000
Facsimile:  (510) 444-1108

Attorneys for Defendants
Benicia Housing Authority and
Julie Peterson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP D. EVANS,<br><br>　　　　Plaintiff,<br>　　v.<br><br>HOUSING AUTHORITY OF THE CITY OF BENICIA, JULIE PETERSON,<br><br>　　　　Defendants. | Case No.:  2:07-cv-00391-JAM-EFB<br><br>**STIPULATION AND ORDER TO EXTEND TIME** |

Plaintiff Phil Evans and Defendants Benicia Housing Authority and Julie Peterson, by and through their counsel, hereby stipulate that good cause exists to extend the date for expert disclosures and supplemental expert disclosures, and to extend the date for completion of non-expert discovery and expert discovery.

Good cause exists for ordering such an extension because the parties will be traveling to Pennsylvania and North Carolina to conduct discovery, and require further time to conduct other necessary discovery.  In addition, the parties do not believe the proposed deadlines will impact the current trial schedule.

The Parties therefore stipulate to the following dates for completion of expert disclosures, supplemental experts disclosures, non-expert discovery and expert discovery:

---

Stipulation to Extend Time　　　　　　　　　　1　　　　　　　USDC Case No. 2:07-cv-00391-RRB-EFB

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Expert Disclosures: | July 28, 2008 |
| Supplemental Expert Disclosures: | August 11, 2008 |
| Non-Expert Discovery Deadline: | August 25, 2008 |
| Expert Discovery Deadline: | September 15, 2008 |

Dated: _____, 2008        Meyers, Nave, Riback, Silver & Wilson

By:  /s/ Jesse J. Lad
      Jesse J. Lad
      Attorneys for Defendants
      BENICIA HOUSING AUTHORITY and
      JULIE PETERSON

Dated: _____, 2008        Wartelle, Weaver & Schreiber

By:  /s/ Christina A. Schreiber
      Christina A. Schreiber
      Attorneys for Plaintiffs

## ORDER

**IT IS SO ORDERED.**

Dated:  June 6, 2008

/s/ John A. Mendez
The Honorable John A. Mendez
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com