1  CHRISTINA A. SCHREIBER, ESQ., SBN 182811
   A Member of WARTELLE, WEAVER & SCHREIBER,
2  A Professional Corporation d.b.a. WEST BAY LAW
   582 Market Street, Suite 1800
3  San Francisco, CA 94104
   Telephone: (415) 693-0504
4  Facsimile: (415) 693-9102
5  christinaschreiber@juno.com

6  Attorney for Plaintiff PHILIP D. EVANS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP D. EVANS, ) | CASE NO. 2:07-CV-00391-JAM-EFB |
| )  Plaintiff, ) | |
| ) vs. ) | **STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii)** |
| HOUSING AUTHORITY OF THE CITY OF ) BENICIA a.k.a. BENICIA HOUSING ) AUTHORITY, JULIE PETERSON and DOES 1- ) 50, inclusive ) | |
| ) Defendants. ) ) | |

Pursuant to FRCP 41(a)(1)(A)(ii), all parties hereby stipulate to dismissal of the above-captioned matter, in its entirety, with prejudice.

IT IS SO STIPULATED.

DATED:   November 3, 2008
                                       WARTELLE, WEAVER & SCHREIBER
                                       Attorneys for Plaintiff PHILIP EVANS


                              By:_____//s//_____
                                       CHRISTINA A. SCHREIBER

_____
Stip. And Order For Dismissal Of Action With Prejudice   U.S. District Court E.D. Cal Case No. 2:07-CV-00391-JAM-EFB
1

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO STIPULATED.

2

3  DATED: November 3, 2008

4                                MEYERS, NAVE, RIBACK, SILVER & WILSON
                              Attorneys for Defendants JULIE PETERSON and BENICIA
                              HOUSING AUTHORITY

5

6

7                            By:_____//s//_____
                                  JESSE LAD

8

9                                  **ORDER**

10

11

12  IT IS SO ORDERED.

13

14  DATED:  November 10, 2008

15

16                            /s/ John A. Mendez_____
                          HONORABLE JOHN A. MENDEZ

17                            JUDGE OF THE U.S. DISTRICT COURT
                          EASTERN DISTRICT OF CALIFORNIA

18

19

20

21

22

23

24

25

26

27

28

---

Stip. And Order For Dismissal Of Action With Prejudice   U.S. District Court E.D. Cal Case No. 2:07-CV-00391-JAM-EFB

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com